AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ANGELO JOSEPH GASPARRI <br><br> *Plaintiff(s)* <br> v. <br><br> ERIC J. ALMAZAN <br> PI KAPPA PHI FRATERNITY, <br> JUSTIN ANGOTTI, and <br> SCOTT LEIGHTY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  9:15-cv-81400-XXXX |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric J. Almazan

        Best known address (place of employment):
        Veterans United Home Loans
        1400 Veterans United Drive
        Columbia, MO  65203

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Angelo A. Gasparri, II, Esq.
        The Law Offices of Angelo A. Gasparri, PA
        1080 S. Federal Highway
        Boynton Beach, FL  33435
        Phone:  (561) 826-8986

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Oct 14, 2015

Steven M. Larimore
Clerk of Court

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ANGELO JOSEPH GASPARRI<br><br>*Plaintiff(s)*<br>v.<br>ERIC J. ALMAZAN<br>PI KAPPA PHI FRATERNITY,<br>JUSTIN ANGOTTI, and<br>SCOTT LEIGHTY<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:15-cv-81400-XXXX |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pi Kappa Phi Fraternity
2015 Ayrsley Town Boulevard, Suite 200
Charlotte, NC  28273

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Angelo A. Gasparri, II, Esq.
The Law Offices of Angelo A. Gasparri, PA
1080 S. Federal Highway
Boynton Beach, FL  33435
Phone:  (561) 826-8986

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

Date:  Oct 14, 2015

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ANGELO JOSEPH GASPARRI <br><br> *Plaintiff(s)* <br> v. <br><br> ERIC J. ALMAZAN <br> PI KAPPA PHI FRATERNITY, <br> JUSTIN ANGOTTI, and <br> SCOTT LEIGHTY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:15-cv-81400-XXXX |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Justin Angotti
Pi Kappa Phi Fraternity
2015 Ayrsley Town Boulevard, Suite 200
Charlotte, NC  28273

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Angelo A. Gasparri, II, Esq.
The Law Offices of Angelo A. Gasparri, PA
1080 S. Federal Highway
Boynton Beach, FL  33435
Phone:  (561) 826-8986

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:  Oct 14, 2015

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ANGELO JOSEPH GASPARRI <br><br> *Plaintiff(s)* <br> v. <br> ERIC J. ALMAZAN <br> PI KAPPA PHI FRATERNITY, <br> JUSTIN ANGOTTI, and <br> SCOTT LEIGHTY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  9:15-cv-81400-XXXX |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scott Leighty
Pi Kappa Phi Fraternity
2015 Ayrsley Town Boulevard, Suite 200
Charlotte, NC  28273

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Angelo A. Gasparri, II, Esq.
The Law Offices of Angelo A. Gasparri, PA
1080 S. Federal Highway
Boynton Beach, FL  33435
Phone:  (561) 826-8986

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Oct 14, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts