UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

ANGEL J GASPARRI,

      Plaintiff(s),
vs.

ERIC J ALMAZAN, PI KAPPA PHI FRATERNITY, JUSTIN ANGOTTI, SCOTT LEIGHTY,

      Defendant(s).

Case No.:
9:15-CV-81400-XXXX

AFFIDAVIT OF SERVICE

On 10/23/15 at 1:34 AM/**PM** I served the within SUMMONS IN CIVIL ACTION, VERIFIED COMPLAINT FOR DAMAGES,EXHIBITS on ERIC J ALMAZAN,.

Said service was effected at 3212 Lamone Industrial Suite A Columbia, MO, 65201 in the following manner:

[X] **Personal Service:** By leaving a copy of the SUMMONS IN CIVIL ACTION, VERIFIED COMPLAINT FOR DAMAGES,EXHIBITS with ERIC J ALMAZAN personally.

[ ] **Substitute Service:** By leaving a copy of the SUMMONS IN CIVIL ACTION, VERIFIED COMPLAINT FOR DAMAGES,EXHIBITS at the above address which is ERIC J ALMAZAN's usual place of abode, with:

_____, _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the SUMMONS IN CIVIL ACTION, VERIFIED COMPLAINT FOR DAMAGES,EXHIBITS.

[ ] **Mailing:** On _____, a copy of the SUMMONS IN CIVIL ACTION, VERIFIED COMPLAINT FOR DAMAGES,EXHIBITS was mailed in a sealed envelope with postage fully prepaid, addressed to ERIC J ALMAZAN at the above address which is his/her usual place of abode.

[ ] Other:

Addl Comments: _____

Description of person process was left with:

Sex: M   Race: Middle Eastern or Hispanic   Approx. Age: 30   Height: 5'4   Weight: 145

Signed and sworn to before me on this 23rd day of October, 2015.

X _Janell Outland_
Janell Outland (Print Name)
KELLERMAN INVESTIGATIONS LTD
IL. DET. LIC: 117-001201
GLEN CARBON, IL 62034
618-288-6662

Notary Public

ELIZABETH BATYE
Notary Public, Notary Seal
State of Missouri
Boone County
Commission # 14631872
My Commission Expires December 03, 2018

*196754*