UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELO JOSEPH GASPARRI

       Plaintiff,                            Civil Action No.: 9:15-cv-81400-KAM

       v.

ERIC J. ALMAZAN,
PI KAPPA PHI FRATERNITY,
JUSTIN ANGOTTI, and
SCOTT LEIGHTY

       Defendant.

_____/

## UNOPPOSED MOTION BY PLAINTIFF TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AT DE 13, DE 14

COMES NOW the Plaintiff, Angelo J. Gasparri, by and through his undersigned counsel, and for his Ex Parte Motion To Enlarge Time to File a Response to Defendant Pi Kappa Phi and Justin Angotti's Motion to Dismiss at DE 13, and Defendant Eric Almazan's Motion to Dismiss at DE 14:

1. This case was filed on October 9th, 2015.

2. Defendants Pi Kappa Phi and Justin Angotti were served on 10/22/2015 and filed a Motion to Dismiss at DE 12 on 11/12/2015.

3. Defendant Eric Almazan was served on 10/23/2015 and filed his Motion to Dismiss at DE 13 on 11/12/2015.

4. Neither Defendant has as yet filed an answer to the complaint.

5. The response deadline for both motions was set upon the docket at 11/30/2015.

6. The Defendant's Motions raise questions of law requiring substantial research and legal analysis.

7. Attorney for the Plaintiff's offices is experiencing heavy workload during this season, and seeks time to meet their duty and obligation to the Plaintiff.

8. This request is made in good faith and no harm will come from the delay.

9. Plaintiff has consulted with Counsels for the Defendants having already made an appearance on the matter, and neither opposes the desired relief.

10. Plaintiff requests up and through December 18th, 2015 to finalize and properly docket a response to both motions.

**Wherefore** the Debtor prays that this court grant his Ex Parte Motion To Enlarge time to respond to Defendants' Motions to Dismiss, and for all other relief in the premises.

*Respectfully submitted,*

                                      The Law Offices of Angelo A. Gasparri, PA
                                      *Counsel for Plaintiff*
                                      1080 S. Federal Highway
                                      Boynton Beach, FL  33435
                                      Telephone:   561-826-8986
                                      Fax:            561-935-9706
                                      angelo@drlclaw.com

                                      By:  /S/     Angelo A. Gasparri
                                      FBN:  32158

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th Day of November, 2015 I certify that the foregoing document is being served this day on all parties identified on the attached Service List through the Court's CM/ECF system.
I HEREBY CERTIFY that in accordance with Local Rule 7.1(a)(3) I have conferred with all Counsel having made an appearance on behalf of the Plaintiff's in this matter.

>The Law Offices of Angelo A. Gasparri, PA
>*Counsel for Plaintiff*
>1080 S. Federal Highway
>Boynton Beach, FL  33435
>Telephone:   561-826-8986
>Fax:            561-935-9706
>angelo@drlclaw.com
>
>By:  /S/    Angelo A. Gasparri
>FBN:  32158

**SERVICE LIST CM/ECF:**

Gary F. Baumann, Esq.
*Attorney for Defendants Pi Kappa Phi and Justin Angotti*
Baumann, Gant & Keeley, PA
1401 East Broward Blvd, Suite 200
Fort Lauderdale, FL  33301


Robert F. Goodrich, Esq.
*Attorney for Defendant Eric J. Almazan*
Law Offices of Jason L. Weissman
4000 Hollywood Blvd, Suite 501-South
Hollywood, FL  33021