IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ANGELO JOSEPH GASPARRI,

                Plaintiff,                              CASE NO.:  9:15-cv-81400

vs.

ERIC J. ALMAZAN,
PI KAPPA PHI FRATERNITY,
JUSTIN ANGOTTI, and
SCOTT LEIGHTY

                Defendants.
_____/

**DEFENDANTS', PI KAPPA PHI FRATERNITY, JUSTIN ANGOTTI,
AND SCOTT LEIGHTY, ANSWER AND AFFIRMATIVE DEFENSES**

        Defendants, PI KAPPA PHI FRATERNITY, JUSTIN ANGOTTI, and SCOTT LEIGHTY (collectively "Answering Defendants"), hereby file their Answer and Affirmative Defenses to Plaintiff's Verified Complaint for Damages, and state:

**NATURE OF THE CLAIM**

        1.    Admitted only that Plaintiff seeks to recover damages for alleged defamatory statements made by Answering Defendants.  Denied as to the sufficiency of such allegations and strict proof thereof is demanded.

        2.    Answering Defendants deny the allegations in Paragraph 2.

        3.    Answering Defendants deny the allegations in Paragraph 3.

        4.    Answering Defendants deny the allegations in Paragraph 4.

        5.    Answering Defendants deny the allegations in Paragraph 5.

        6.    Answering Defendants deny the allegations in Paragraph 6.

## PARTIES

7. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 7 of the Verified Complaint for Damages; therefore, denied.

8. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 8 of the Verified Complaint for Damages; therefore, denied.

9. Answering Defendants deny the allegations as stated in Paragraph 9.

## JURISDICTION AND VENUE

10. Answering Defendants admit that the Plaintiff alleges that there is complete diversity of citizenship and that the claimed damages are in excess of $75,000.00, exclusive of interest and costs. Answering Defendants deny that the total claims, exclusive of interest and costs, are in excess of $75,000.00.

11. Answering Defendants are without knowledge as to the allegations contained in Paragraph 11, therefore, denied.

12. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 12 of the Verified Complaint for Damages; therefore, denied.

13. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 13 because venue is a legal concept and a response to the allegations requires a legal conclusion; therefore, denied.

## BACKGROUND LEADING UP TO THE TORTIOUS ACTS

14. Answering Defendants deny the allegations as stated in Paragraph 14.

15. Answering Defendants deny the allegations as stated in Paragraph 15.

16. Answering Defendants deny the allegations as stated in Paragraph 16.

17. Answering Defendants deny the allegations as stated in Paragraph 17.

18. Answering Defendants deny the allegations as stated in Paragraph 18.

19. Answering Defendants deny the allegations as stated in Paragraph 19.

20. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 20 of the Verified Complaint for Damages; therefore, denied.

21. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 21 of the Verified Complaint for Damages; therefore, denied.

22. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 22 of the Verified Complaint for Damages; therefore, denied.

23. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 23 of the Verified Complaint for Damages; therefore, denied.

24. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 24 of the Verified Complaint for Damages; therefore, denied.

25. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 25 of the Verified Complaint for Damages; therefore, denied.

26. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 26 of the Verified Complaint for Damages; therefore, denied.

27. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 27 of the Verified Complaint for Damages; therefore, denied.

28. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 28 of the Verified Complaint for Damages; therefore, denied.

29. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 29 of the Verified Complaint for Damages; therefore, denied.

30. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 30 of the Verified Complaint for Damages; therefore, denied.

31. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 31 of the Verified Complaint for Damages; therefore, denied.

32. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 32 of the Verified Complaint for Damages; therefore, denied.

33. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 33 of the Verified Complaint for Damages;

therefore, denied.

34. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 34 of the Verified Complaint for Damages; therefore, denied.

35. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 35 of the Verified Complaint for Damages; therefore, denied.

36. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 36 of the Verified Complaint for Damages; therefore, denied.

37. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 37 of the Verified Complaint for Damages; therefore, denied.

38. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 38 of the Verified Complaint for Damages; therefore, denied.

39. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 39 of the Verified Complaint for Damages; therefore, denied.

40. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 40 of the Verified Complaint for Damages; therefore, denied.

41. Answering Defendants are without sufficient knowledge or information as to the

truth of the allegations contained in Paragraph 41 of the Verified Complaint for Damages; therefore, denied.

42. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 42 of the Verified Complaint for Damages; therefore, denied.

43. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 43 of the Verified Complaint for Damages; therefore, denied.

44. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 44 of the Verified Complaint for Damages; therefore, denied.

45. Answering Defendants deny the allegations as stated in Paragraph 45.

46. Answering Defendants deny the allegations as stated in Paragraph 46.

47. Answering Defendants deny the allegations as stated in Paragraph 47.

48. Answering Defendants deny the allegations in Paragraph 48.

49. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 49 of the Verified Complaint for Damages; therefore, denied.

**THE TORTIOUS ACTS OF ERIC ALMAZAN AND PI KAPPA PHI FRATERNITY**

50. Answering Defendants state that the Exhibit 1 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 50. To the extent a response is required, denied.

51. Answering Defendants state that the Exhibit 2 to Plaintiff's Verified Complaint

for Damages speaks for itself and that no response is required to the statements contained in Paragraph 51. To the extent a response is required, denied.

52. Answering Defendants state that the Exhibit 2 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 52. To the extent a response is required, denied.

53. Answering Defendants state that the Exhibit 2 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 53. To the extent a response is required, denied.

54. Answering Defendants state that the Exhibit 2 to Plaintiff's Verified Complaint for Damages speaks for itself. The remaining allegations in Paragraph 54 are denied.

55. Answering Defendants state that the Exhibit 2 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 55. To the extent a response is required, denied.

56. Answering Defendants state that the Exhibit 2 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 56. To the extent a response is required, denied.

57. Answering Defendants deny the allegations in Paragraph 57.

58. The allegations in paragraph 58 are not directed towards Answering Defendants and, therefore, no response is required. To the extent that the allegations contained in this paragraph applies to Answering Defendants, denied.

59. The allegations in paragraph 59 are not directed towards Answering Defendants and, therefore, no response is required. To the extent that the allegations contained in this paragraph applies to Answering Defendants, denied.

60. The allegations in paragraph 60 are not directed towards Answering Defendants and, therefore, no response is required. To the extent that the allegations contained in this paragraph applies to Answering Defendants, denied.

61. Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 61; therefore, denied.

62. The allegations in paragraph 60 are not directed towards Answering Defendants and, therefore, no response is required. To the extent that the allegations contained in this paragraph applies to Answering Defendants, denied.

63. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 63 of the Verified Complaint for Damages; therefore, denied.

64. Answering Defendants deny the allegations as stated in Paragraph 64.

65. Answering Defendants deny the allegations in Paragraph 65.

66. Answering Defendants deny the allegations as stated in Paragraph 66.

67. Answering Defendants deny the allegations in Paragraph 67.

68. Answering Defendants deny the allegations as stated in Paragraph 68.

69. Answering Defendants deny the allegations as stated in Paragraph 69.

70. Answering Defendants deny the allegations in Paragraph 70.

71. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 71 of the Verified Complaint for Damages; therefore, denied.

72. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 72 of the Verified Complaint for Damages;

therefore, denied.

73. Answering Defendants deny the allegations as stated in Paragraph 73.

74. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 74 of the Verified Complaint for Damages; therefore, denied.

75. Answering Defendants deny the allegations as stated in Paragraph 75.

76. Answering Defendants deny the allegations as stated in Paragraph 76.

77. Answering Defendants deny the allegations as stated in Paragraph 77.

78. Answering Defendants deny the allegations in Paragraph 78.

79. Answering Defendants deny the allegations in Paragraph 79.

80. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 80 of the Verified Complaint for Damages; therefore, denied.

81. Answering Defendants state that the Exhibit 3 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 81. To the extent a response is required, denied.

82. Answering Defendants deny the allegations in Paragraph 82.

83. Answering Defendants deny the allegations in Paragraph 83.

84. Answering Defendants deny the allegations in Paragraph 84.

85. Answering Defendants deny the allegations in Paragraph 85.

86. Answering Defendants deny the allegations in Paragraph 86.

87. Answering Defendants deny the allegations in Paragraph 87.

88. Answering Defendants deny the allegations in Paragraph 88.

## THE AFTERMATH OF THE TORTIOUS ACTS AND DAMAGES

89. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 89 of the Verified Complaint for Damages; therefore, denied.

90. Answering Defendants state that Exhibit 7 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 90. To the extent a response is required, denied.

91. Answering Defendants state that Exhibit 7 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 91. To the extent a response is required, denied.

92. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 92 of the Verified Complaint for Damages; therefore, denied.

93. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 93 of the Verified Complaint for Damages; therefore, denied.

94. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 94 of the Verified Complaint for Damages; therefore, denied.

95. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 95 of the Verified Complaint for Damages; therefore, denied.

96. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 96 of the Verified Complaint for Damages; therefore, denied.

97. Answering Defendants deny the allegations in Paragraph 97.

98. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 98 of the Verified Complaint for Damages; therefore, denied.

99. Answering Defendants deny the allegations in Paragraph 99 and strict proof thereof is demanded.

100. Answering Defendants are without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 100 of the Verified Complaint for Damages; therefore, denied.

101. Answering Defendants deny the allegations in Paragraph 101.

102. Answering Defendants deny the allegations in Paragraph 102 and strict proof thereof is demanded.

## COUNT 1: DEFAMATION
### *(Against Defendant Almazan)*

The allegations in paragraphs 103 – 111 are not directed towards Answering Defendants and, therefore, no response is required. To the extent that the allegations contained in these paragraphs apply to Answering Defendants, denied.

## COUNT 2: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### *(Against Defendant Almazan)*

The allegations in paragraphs 112 – 115 are not directed towards Answering Defendants and, therefore, no response is required. To the extent that the allegations contained in these paragraphs apply to Answering Defendants, denied.

### COUNT 3:  DEFAMATION
*(Against Defendant Pi Kappa Phi Fraternity, Justin Angotti and Scott Leighty)*

116. Answering Defendants re-allege and incorporate by reference its answers to Paragraphs 1 – 115 as if fully set forth herein.

117. Answering Defendants deny the allegations in Paragraph 117

118. Answering Defendants deny the allegations in Paragraph 118.

119. Answering Defendants deny the allegations in Paragraph 119.

120. Answering Defendants deny the allegations in Paragraph 120.

121. Answering Defendants deny the allegations in Paragraph 121.

122. Answering Defendants deny the allegations in Paragraph 122.

### COUNT 4:  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
*(Against Defendant Pi Kappa Phi Fraternity, Justin Angotti and Scott Leighty)*

Count 4 of Plaintiff's Verified Complaint for Damages has been dismissed with prejudice.  Therefore, no response is required.  (D.E. 28).

### COUNT 5:  CAUSE OF ACTION FOR BREACH OF CONTRACT
*(Against Defendant Pi Kappa Phi Fraternity)*

Count 5 of Plaintiff's Verified Complaint for Damages has been dismissed with prejudice.  Therefore, no response is required.  (D.E. 28).

### COUNT 6:  NEGLIGENCE
*(Against Defendant Pi Kappa Phi)*

Count 6 of Plaintiff's Verified Complaint for Damages has been dismissed with prejudice.  Therefore, no response is required.  (D.E. 28).

### RESERVATION OF CLAIM FOR PUNITIVE DAMAGES

Answering Defendants deny that Plaintiff's Verified Complaint for Damages sets forth any facts or allegations sufficient to form the basis for a future claim of punitive damages.

## DEMAND FOR JURY TRIAL

Defendants admit that Plaintiff demands a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted. The requisite elements for the claim are not present and/or have not been properly pled.

2. The Court lacks jurisdiction over some or all the Defendants.

3. Venue is inappropriate as to all or some of the Defendants.

4. No act or omission on the part of Answering Defendants either caused or contributed to whatever injury (if any) Plaintiff may have sustained.

5. The damages, if any, are caused by the Plaintiff's own conduct.

6. Plaintiff has failed to properly mitigate his damages.

7. Plaintiff's claims for defamation cannot be maintained because the alleged statements made by Answering Defendants were subject to a qualified privilege because they were made between persons who had a duty to make the statements and had an interest in the subject matter of the statements.

8. Plaintiff's claims of defamation cannot be maintained because the alleged statements were subject to a qualified privilege in that the statements were made in good faith, without malice, to a limited group, by a person who had a duty to notify the recipients of the statements.

9. Plaintiff's claims of defamation cannot be maintained because the alleged statements concerning Plaintiff were true and made with good motive.

10. The Complaint is barred by the doctrine of substantial truth.

11. The Complaint is barred by the doctrine of unclean hands and other pertinent equitable principles.

12. Answering Defendants reserve the right to amend or assert additional defenses as they arise throughout this litigation.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** a true and correct copy of the foregoing was served to: Angelo A. Gasparri, Esq., The Law Offices of Angelo A. Gasparri, PA, angelo@drlclaw.com , on this 28th day of March, 2016.

           BAUMANN, GANT& KEELEY, P.A.
           Attorneys for Moving Defendants
           1401 East Broward Boulevard, Ste 200
           Fort Lauderdale, FL  33301
           (954)440-4611 phone
           (954)440-4613 fax

           BY:     _/s/Gary F. Baumann_____
                      GARY F. BAUMANN
                      FLA. BAR NO.:  089052
                      JEFFREY A. WIDELITZ
                      FLA. BAR NO.:  105642