UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-81400-KAM/WM

ANGELO JOSEPH GASPARRI,

     Plaintiff,

v.

ERIC J. ALMAZAN,
PI KAPPA PHI FRATERNITY,
JUSTIN ANGOTTI, and
SCOTT LEIGHTY,

     Defendants.

_____/

## DEFENDANT ERIC J. ALMAZAN'S ANSWER & AFFIRMATIVE DEFENSES

Defendant, ERIC ALMAZAN, by and through the undersigned attorneys, files this Answer and Affirmative Defenses to Plaintiff's Complaint, and states as follows:

### NATURE OF THE ACTION

1.     Admitted only that Plaintiff seeks to recover damages for alleged defamatory statements made by Answering Defendants. Denied as to the sufficiency of such allegations and strict proof thereof is demanded.

2.     Defendant denies the allegations in Paragraph 2.

3.     Defendant denies the allegations in Paragraph 3.

4.     Defendant denies the allegations in Paragraph 4.

5.     Defendant denies the allegations in Paragraph 5.

6.     Defendant denies the allegations in Paragraph 6.

### PARTIES

7.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 7 of the Verified Complaint for Damages; therefore, denied.

8.     Denied.

9.     Defendant Eric Almazan is without sufficient knowledge or information as to the

truth of the allegations contained in Paragraph 9 of the Verified Complaint for Damages; therefore, denied.

## JURISDICTION AND VENUE

10.      Defendants Eric Almazan admits that the Plaintiff alleges that there is complete diversity of citizenship and that the claimed damages are in excess of $75,000.00, exclusive of interest and costs. The Defendant however denies that the total claims, exclusive of interest and costs, are in excess of $75,000.00.

11.      Defendant Eric Almazan denies the allegations as stated in Paragraph 11.

12.      Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 12 of the Verified Complaint for Damages; therefore, denied.

13.      Defendants Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 13 because venue is a legal concept and a response to the allegations requires a legal conclusion; therefore, denied.

## BACKGROUND LEADNG UP TO THE TORTIOUS ACTS

14.      Defendant Eric Almazan denies the allegations as stated in Paragraph 14.

15.      Defendant Eric Almazan denies the allegations as stated in Paragraph 15.

16.      Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 16 of the Verified Complaint for Damages; therefore, denied.

17.      Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 17 of the Verified Complaint for Damages; therefore, denied.

18.      Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 18 of the Verified Complaint for Damages; therefore, denied.

19.      Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 19 of the Verified Complaint for Damages; therefore, denied.

20.      Defendant Eric Almazan is without sufficient knowledge or information as to the

truth of the allegations contained in Paragraph 12 of the Verified Complaint for Damages; therefore, denied.

21.    Defendant Eric Almazan denies  the allegations as stated in Paragraph 21

22.    Defendant Eric Almazan denies the allegations as stated in Paragraph 22.

23.    Defendant Eric Almazan denies the allegations as stated in Paragraph 23.

24.    Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 24 of the Verified Complaint for Damages; therefore, denied.

25.    Defendant Eric Almazan denies the allegations as stated in Paragraph 25.

26.    Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 26 of the Verified Complaint for Damages; therefore, denied.

27.    Defendant Eric Almazan denies the allegations as stated in Paragraph 26.

28.    Defendant Eric Almazan denies the allegations as stated in Paragraph 27.

29.    Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 29 of the Verified Complaint for Damages; therefore, denied.

30.    Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 30 of the Verified Complaint for Damages; therefore, denied.

31.    Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 31 of the Verified Complaint for Damages; therefore, denied.

32.    Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 32 of the Verified Complaint for Damages; therefore, denied.

33.    Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 33 of the Verified Complaint for Damages; therefore, denied.

34.     Defendant Almazan denies the allegation in paragraph 29.

35.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 30 of the Verified Complaint for Damages; therefore, denied.

36.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 31 of the Verified Complaint for Damages; therefore, denied.

37.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 37 of the Verified Complaint for Damages; therefore, denied.

38.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 38 of the Verified Complaint for Damages; therefore, denied.

39.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 39 of the Verified Complaint for Damages; therefore, denied.

40.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 40 of the Verified Complaint for Damages; therefore, denied.

41.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 41 of the Verified Complaint for Damages; therefore, denied.

42.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 42 of the Verified Complaint for Damages; therefore, denied.

43.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 43 of the Verified Complaint for Damages; therefore, denied.

44.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 44 of the Verified Complaint for Damages;

therefore, denied.

45. Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 45 of the Verified Complaint for Damages; therefore, denied.

46. Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 46 of the Verified Complaint for Damages; therefore, denied.

47. Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 47 of the Verified Complaint for Damages; therefore, denied.

48. Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 48 of the Verified Complaint for Damages; therefore, denied.

49. Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 49 of the Verified Complaint for Damages; therefore, denied.

## TORTIOUS ACTS OF ERIC ALMAZAN AND PI KAPPA PHI FRATERNITY

50. Defendants Eric Almazan states that the Exhibit 1 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 50. To the extent a response is required, denied.

51. Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 50 of the Verified Complaint for Damages; therefore, denied.

52. Defendant Eric Almazan states that the Exhibit 2 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 52. To the extent a response is required, denied.

53. Defendant Eric Almazan states that the Exhibit 2 to Plaintiff's Verified Complaint for Damages speaks for itself and that no response is required to the statements contained in Paragraph 52. To the extent a response is required, denied.

54. Defendant Eric Almazan states that the Exhibit 2 to Plaintiff's Verified Complaint

for Damages speaks for itself and that no response is required to the statements contained in Paragraph 52. To the extent a response is required, denied.

55.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 55 of the Verified Complaint for Damages; therefore, denied.

56.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 56 of the Verified Complaint for Damages; therefore, denied.

57.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 57 of the Verified Complaint for Damages; therefore, denied.

58.     Defendant Eric Almazan denies the allegations contained within paragraph 58.

59.     Defendant Eric Almazan denies the allegations contained within paragraph 59.

60.     Defendant Eric Almazan denies the allegations contained within paragraph 60.

61.     Defendant Eric Almazan denies the allegations contained within paragraph 61.

62.     Defendant Eric Almazan denies the allegations contained within paragraph 62.

63.     Defendant Eric Almazan denies the allegations contained within paragraph 63.

64.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 64 of the Verified Complaint for Damages; therefore, denied.

65.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 66 of the Verified Complaint for Damages; therefore, denied.

66.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 66 of the Verified Complaint for Damages; therefore, denied.

67.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 67 of the Verified Complaint for Damages; therefore, denied.

68.     Defendant Eric Almazan is without sufficient knowledge or information as to the

truth of the allegations contained in Paragraph 68 of the Verified Complaint for Damages; therefore, denied.

69.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 70 of the Verified Complaint for Damages; therefore, denied.

70.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 70 of the Verified Complaint for Damages; therefore, denied.

71.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 71 of the Verified Complaint for Damages; therefore, denied.

72.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 72 of the Verified Complaint for Damages; therefore, denied.

73.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 73 of the Verified Complaint for Damages; therefore, denied.

74.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 74 of the Verified Complaint for Damages; therefore, denied.

75.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 75 of the Verified Complaint for Damages; therefore, denied.

76.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 76 of the Verified Complaint for Damages; therefore, denied.

77.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 77 of the Verified Complaint for Damages; therefore, denied.

78.     Defendant Eric Almazan is without sufficient knowledge or information as to the

truth of the allegations contained in Paragraph 78 of the Verified Complaint for Damages; therefore, denied.

79.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 79 of the Verified Complaint for Damages; therefore, denied.

80.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 80 of the Verified Complaint for Damages; therefore, denied.

81.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 81 of the Verified Complaint for Damages; therefore, denied.

82.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 82 of the Verified Complaint for Damages; therefore, denied.

83.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 83 of the Verified Complaint for Damages; therefore, denied.

84.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 84 of the Verified Complaint for Damages; therefore, denied.

85.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 85 of the Verified Complaint for Damages; therefore, denied.

86.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 86 of the Verified Complaint for Damages; therefore, denied.

87.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 87 of the Verified Complaint for Damages; therefore, denied.

88.     Defendant Eric Almazan is without sufficient knowledge or information as to the

truth of the allegations contained in Paragraph 88 of the Verified Complaint for Damages; therefore, denied

## THE AFTERMATH OF THE TORTIOUS ACTS AND DAMAGES

89.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 89 of the Verified Complaint for Damages; therefore, denied.

90.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 90 of the Verified Complaint for Damages; therefore, denied.

91.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 91 of the Verified Complaint for Damages; therefore, denied.

92.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 92 of the Verified Complaint for Damages; therefore, denied.

93.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 93 of the Verified Complaint for Damages; therefore, denied.

94.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 94 of the Verified Complaint for Damages; therefore, denied.

95.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 95 of the Verified Complaint for Damages; therefore, denied.

96.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 96 of the Verified Complaint for Damages; therefore, denied.

97.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 97 of the Verified Complaint for Damages;

therefore, denied.

98.     Defendant Eric Almazan is without sufficient knowledge or information as to the truth of the allegations contained in Paragraph 98 of the Verified Complaint for Damages; therefore, denied.

99.     Defendant Eric Almazan denies the truth of the allegations contained within the Verified Complaint for Damages; therefore, denied.

100.    Defendant Eric Almazan denies the allegations the truth of the allegations contained in Paragraph 100 of the Verified Complaint for Damages; therefore, denied.

101.    Defendant Eric Almazan denies the truth of the allegations contained in Paragraph 101 of the Verified Complaint for Damages; therefore, denied.

102.    Defendant Eric Almazan denies the truth of the allegations contained in Paragraph 102 of the Verified Complaint for Damages; therefore, denied.

## COUNT I: DEFAMANTION

103.    Defendant Eric Almazan realleges and reaver all prior responses set fourth in paragraphs 1-102 as though more fully set fourth herein and for answer to paragraph 104 of Count I states as follows:

104.    Defendant Eric Almazan denies the allegations the truth of the allegations contained in Paragraph 104 of the Verified Complaint for Damages; therefore, denied.

105.    Defendant Eric Almazan denies the truth of the allegations contained in Paragraph 105 of the Verified Complaint for Damages; therefore, denied.

106.    Defendant Eric Almazan denies the truth of the allegations contained in Paragraph 106 of the Verified Complaint for Damages; therefore, denied.

107.    Defendant Eric Almazan denies the allegations the truth of the allegations contained in Paragraph 107 of the Verified Complaint for Damages; therefore, denied.

108.    Defendant Eric Almazan denies the truth of the allegations contained in Paragraph 108 of the Verified Complaint for Damages; therefore, denied.

109.    Defendant Eric Almazan denies the truth of the allegations contained in Paragraph 109 of the Verified Complaint for Damages; therefore, denied.

110.    Defendant Eric Almazan denies the truth of the allegations contained in Paragraph

110 of the Verified Complaint for Damages; therefore, denied.

      111.    Defendant Eric Almazan denies the truth of the allegations contained in Paragraph 111 of the Verified Complaint for Damages; therefore, denied.

### COUNT 2: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST ALMAZAN

      No Answer shall be provided as this count was dismissed by Court Order.

### COUNT 3: DEFAMATION AGAINST PI KAPPA PHI, JUSTIN ANGOTTI AND SCOTT LEIGHTY

      The allegations in paragraphs 116 – 122 are not directed towards Answering Defendant and, therefore, no response is required. To the extent that the allegations contained in these paragraphs apply to Answering Defendant Eric Almazan, denied.

### COUNT 4: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

      No Answer shall be provided as this court was dismissed by Court Order.

### COUNT 5: BREACH OF CONTRACT

      The allegations in paragraphs 127-139 are not directed towards Answering Defendant and, therefore, no response is required. To the extent that the allegations contained in these paragraphs apply to Answering Defendant Eric Almazan, denied.

### COUNT 6: NEGLIGENCE AGAINST *PHI KAPPA PHI*

      The allegations in paragraphs 140-151 are not directed towards Answering Defendant and, therefore, no response is required. To the extent that the allegations contained in these paragraphs apply to Answering Defendant Eric Almazan, denied.

### AFFIRMATIVE DEFENSES

      1.    The Complaint fails to state a claim upon which relief can be granted. The requisite elements for the claim are not present and/or have not been properly pled.

      2.    That the any and all communication of the defendant is based on pure opinion and is therefore no actionable.

      3.    That the truth of the matters alleged has been the subject of due process and fact finding as contemplated by the University and its decision represents either an election of remedy or precedent in this matter with regard to the fact finding for purposes of the University definition of hazing events.

4.      The Court lacks jurisdiction over some or all the Defendants.

5.      Venue is inappropriate as to all or some of the Defendants.

6.      No act or omission on the part of Answering Defendants either caused or contributed to whatever injury (if any) Plaintiff may have sustained.

7.      The damages, if any, are caused by the Plaintiff's own conduct.

8.      Plaintiff has failed to properly mitigate his damages.

9.      Plaintiff's claims for defamation cannot be maintained because the alleged statements made by Answering Defendants were subject to a qualified privilege because they were made between persons who had a duty to make the statements and had an interest in the subject matter of the statements.

10.      Plaintiff's claims of defamation cannot be maintained because the alleged statements were subject to a qualified privilege in that the statements were made in good faith, without malice, to a limited group, by a person who had a duty to notify the recipients of the statements.

11.      Plaintiff's claims of defamation cannot be maintained because the alleged statements concerning Plaintiff were true and made with good motive.

12.      The Complaint is barred by the doctrine of substantial truth.

13.      The Complaint is barred by the doctrine of unclean hands and other pertinent equitable principles.

14.      Defendant reserves the right to amend its defenses.

WHEREFORE, the Defendant, ERIC ALMAZAN, respectfully requests that this Court enter judgment in its favor and against Plaintiff, ANGELO JOSEPH GASPARRI.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure. Defendant Eric Almazan

demands a trial by jury in this action as to all issues so triable.

/s/ Robert F. Goodrich

Robert F. Goodrich, Esquire
Florida Bar No.: 367184
Law Offices of Jason L. Weissman
4000 Hollywood Blvd., Suite 501 South
Hollywood, FL  33021
Telephone:  (954) 364-5121
Facsimile: (877) 905-3818
Primary Email: Robert.Goodrich@thehartford.com
Secondary Email: LawOfficesWeissman@thehartford.com
*Attorneys for Defendant, Eric Almazan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Robert F. Goodrich

Robert F Goodrich, Esquire
Florida Bar No.: 367184

## SERVICE LIST

Angelo A. Gasparri, Esq.
The Law Offices of Angelo A. Gasparri, P.A.
Counsel for Plaintiff
1080 S. Federal Highway
Boynton Beach, FL 33435
(angelo@drlclaw.com)

Gary Francis Baumann
Baumann, Gant & Keeley, P.A.
Counsel for Defendants/PKPF, Angotti & Leighty
1401 East Broward Boulevard, Suite 200
Fort Lauderdale, FL 33301
954-440-4611
954-440-4613 (fax)
(gbaumann@baumannlegal.com)