UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-81400-KAM/WM

ANGELO JOSEPH GASPARRI,

    Plaintiff,

v.

ERIC J. ALMAZAN,
PI KAPPA PHI FRATERNITY,
JUSTIN ANGOTTI, and
SCOTT LEIGHTY,

    Defendants.
_____/

### DEFENDANT ERIC ALMAZAN'S INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)1

Defendant, Eric Almazan, by and through the undersigned attorneys, hereby submits the following initial disclosures in compliance with Fed. R. Civ. P. 26(a)1:

(1)    Initial Disclosure.

    A.    Names and to the extent known names, addresses and phone numbers of witnesses likely to have discoverable information:

        1.    Florida Atlantic University Staff
                777 Glades Rd.
                Boca Raton, FL 33431

                Elaine Jahnsen: ejahnse1@fau.edu
                Lavar Jamison: jamisonl@fau.edu
                Shontae White: whites@fau.edu

                The above individuals had communication with he defendant regarding this incident. It is not known if they participated in any University proceedings relative to the matters asserted herein.

    Fact Witnesses:

        1.    Harry Weiss- Fraternity

       2.     Kyle Muir- Fraternity
       3.     Kevyn De la Cruz- Fraternity
       4.     Miguel Rodriguez- Fraternity
       5.     Josh Shorey- Fraternity
       6.     Nicholas Weingrad- Fraternity
       7.     Aaron Sherman- Fraternity
       8.     Seamus Maloney- Fraternity
       9.     Chris Ferriera- Fraternity
      10.    Anthony Esteva- Fraternity
      11.    Daniel Carpio- Fraternity
      12.    Tyler Artzer- Fraternity
      13.    Tyler Johansson- Fraternity Officer
      14.    Alison Foster- - Fraternity Officer
      15.    Mark Timmes- Fraternity Officer
      16.    Evan Camejo- Fraternity [assumed the position of plaintiff held in the fraternity subsequent to removal from office]

The defendant does not have possession of current addresses or phone numbers of the above individuals. They represent individuals who were present at the time of the incident, staff of the Fraternity or individuals having knowledge of any procedures of the fraternity relevant to this proceeding.

B.    Description by category and location of documents electronically stored in this defendant's possession:

Electronic Mail

Copies of all known e-mails in the defendant's possession or control are available upon request or for viewing at the defendant's counsel's office.

Defendant has paper copies of the documents.

FAU Documents

(1)    Florida Atlantic University Policy and Procedure for discipline and hazing activities. Available upon request from the defendant.

/s/ Robert F. Goodrich

Robert F. Goodrich, Esquire
Florida Bar No.: 367184
Law Offices of Jason L. Weissman
4000 Hollywood Blvd., Suite 501 South
Hollywood, FL 33021

Telephone:  (954) 364-5121
Facsimile: (877) 905-3818
Primary Email: Robert.Goodrich@thehartford.com
Secondary Email: LawOfficesWeissman@thehartford.com
*Attorneys for Defendant, Eric Almazan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Robert F. Goodrich

Robert F Goodrich, Esquire
Florida Bar No.: 367184

## SERVICE LIST

Angelo A. Gasparri, Esq.
The Law Offices of Angelo A. Gasparri, P.A.
Counsel for Plaintiff
1080 S. Federal Highway
Boynton Beach, FL 33435
(angelo@drlclaw.com)

Gary Francis Baumann
Baumann, Gant & Keeley, P.A.
Counsel for Defendants/PKPF, Angotti & Leighty
1401 East Broward Boulevard, Suite 200
Fort Lauderdale, FL 33301
954-440-4611
954-440-4613 (fax)
(gbaumann@baumannlegal.com)