## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ANGELO JOSEPH GASPARRI

      Plaintiff,                    Civil Action No.: 9:15-cv-81400-KAM

  v.

ERIC J. ALMAZAN,
PI KAPPA PHI FRATERNITY,
JUSTIN ANGOTTI, and
SCOTT LEIGHTY

      Defendant.

_____/

### PLAINTIFF ANGELO JOSEPH GASPARRI'S INITIAL DISCLOSURES PURSUANT <u>TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(1)</u>

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff, through his counsel, makes the following initial disclosures to the Defendants in this case. These disclosures are based on information presently known and reasonably available to Plaintiff and which Plaintiff reasonably believes it may use in support of its claims and defenses. Continuing investigation and discovery may cause Plaintiff to amend these initial disclosures, including by identifying other potential witnesses, documents, and by disclosing other pertinent information. Plaintiff therefore reserves the right to supplement these initial disclosures pursuant to Fed. R. Civ. P. 26(e).

By providing these initial disclosures, Plaintiff does not represent that it is identifying every document, tangible thing or witness that are possibly relevant to this action. In addition, these disclosures are not an admission by Plaintiff regarding any matter.

1

1.      Individuals and Entities Likely to Have Discoverable Information[1]

| NAME AND TITLE | CONTACT INFORMATION | DISCOVERABLE INFORMATION |
|---|---|---|
| Eric Almazan | Ea2288@hotmail.com | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| Tyler Johansson, Chapter Advisor | tylerstefanjohansson@gmail.com | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| Allison Foster, Member Education Advisor | Allisonjfoster@gmail.com | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| Justin Angotti | tbd | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| Mark E. Timmes, CEO | tbd | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| Christian Wiggins | tbd | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| Chris Conner, Assistant Executive Director of Chapter Development | tbd | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| Scott Leighty, Director of Chapter Development | tbd | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| Joshua Kenney, Leadership Consultant | tbd | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| Elaine Jahnsen, Assistant Director | tbd | Records, recollection of and subsequent to event in September |

---

[1] Addresses will be supplemented.

| **NAME AND TITLE** | **CONTACT INFORMATION** | **DISCOVERABLE INFORMATION** |
|---|---|---|
| of Fraternity & Sorority Life (Florida Atlantic) | | 2013, Correspondence including electronic. |
| Daniel Jones, Esq. | FAU General Counsel | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| FAU Dean of Students Office | FAU Dean of Students Office 777 Glades Road, SS-8, Room 226, Boca Raton, FL 33431 | Records; correspondence between FAU and Pi Kappa Phi involving the false accusation and alleged investigation |
| Joanna Ellwood, Associate Dean of Students & Director of Student Conduct | FAU Dean of Students Office 777 Glades Road, SS-8, Room 226, Boca Raton, FL 33431 | Records; correspondence between FAU and Pi Kappa Phi involving the false accusation and alleged investigation |
| Tyler Artzer | tbd | Records; Correspondence including electronic, between any Pi Kappa Phi members; recollection of during and subsequent to the event in September 2013. |
| Daniel Carpio | tbd | Records; Correspondence including electronic, between any Pi Kappa Phi members; recollection of during and subsequent to the event in September 2013. |
| Kevyn De La Cruz | tbd | Records; Correspondence including electronic, between any Pi Kappa Phi members; recollection of during and subsequent to the event in September 2013. |
| Anthony Esteva | tbd | Records; Correspondence including electronic, between any Pi Kappa Phi members; recollection of during and subsequent to the event in September 2013. |
| Chris Ferraira | tbd | Records; Correspondence including electronic, between any Pi Kappa Phi members; recollection of during and subsequent to the event in September 2013. |
| Seamus Maloney | tbd | Records; Correspondence including electronic, between any Pi Kappa |

| **NAME AND TITLE** | **CONTACT INFORMATION** | **DISCOVERABLE INFORMATION** |
|---|---|---|
| | | Phi members; recollection of during and subsequent to the event in September 2013. |
| Kyle Muir | tbd | Records; Correspondence including electronic, between any Pi Kappa Phi members; recollection of during and subsequent to the event in September 2013. |
| Aaron Sherman | tbd | Records; Correspondence including electronic, between any Pi Kappa Phi members; recollection of during and subsequent to the event in September 2013. |
| Josh Shorey | tbd | Records; Correspondence including electronic, between any Pi Kappa Phi members; recollection of during and subsequent to the event in September 2013. |
| Ethan Son | tbd | Records; Correspondence including electronic, between any Pi Kappa Phi members; recollection of during and subsequent to the event in September 2013. |
| Nicholas Wingard | tbd | Records; Correspondence including electronic, between any Pi Kappa Phi members; recollection of during and subsequent to the event in September 2013. |
| Bank of America | tbd | Pi Kappa Phi account during 2013 to 2015 |
| Omega Financial, Inc., dba OmegaFi | OmegaFi 1242 Sixth Avenue Columbus, GA 31901 800.276.6342 | 706.571.0083 info@omegafi.com | Member Pi Kappa Phi accounting and payroll documentation from 2013 to 2015; General Ledgers; W-2's; 1099's; Bank Accounts; Tax Filings including 990's |
| Pi Kappa Phi Fraternity National Headquarters | Meghan Gibson, Administrator 2015 Ayrsley Town Blvd. Suite 200 Charlotte, NC 28224 | Records, recollection of and subsequent to event in September 2013, Correspondence including electronic. |
| Pi Kappa Phi Fraternity, Missouri Beta Epsilon | Lukas D. Reichert, Vice Archon 500 Rollins Street Columbia, Missouri 65201 | Any and all information regarding Jack Lipp's wrongful death at the Pi Kappa Phi Fraternity house on |

| <u>NAME AND TITLE</u> | <u>CONTACT INFORMATION</u> | <u>DISCOVERABLE INFORMATION</u> |
|---|---|---|
| Chapter | | 12/13/2014; correspondence with Pi Kappa Phi, and Mark Timmes. |
| John Lipp | Liberty, Illinois; Aaron Widel Smith, The A.W. Smith Law Firm 2100 West Broadway Columbia, Missouri 65203 (573) 777-3333 office (573) 443-7301 fax aw@awsmithlaw.com | Any and all information regarding Jack Lipp's wrongful death at the Pi Kappa Phi Fraternity house on 12/13/2014; correspondence with Pi Kappa Phi, and Mark Timmes. |
| Stephanie Lipp | Liberty, Illinois Aaron Widel Smith, The A.W. Smith Law Firm 2100 West Broadway Columbia, Missouri 65203 (573) 777-3333 office (573) 443-7301 fax aw@awsmithlaw.com | Any and all information regarding Jack Lipp's wrongful death at the Pi Kappa Phi Fraternity house on 12/13/2014; correspondence with Pi Kappa Phi, and Mark Timmes. |
| Michael Novak, Member of Missouri Beta Epsilon Chapter | tbd | Any and all information regarding Jack Lipp's wrongful death at the Pi Kappa Phi Fraternity house on 12/13/2014; correspondence with Pi Kappa Phi, and Mark Timmes. |
| Christopher Strazalka, Member of Missouri Beta Epsilon Chapter | tbd | Any and all information regarding Jack Lipp's wrongful death at the Pi Kappa Phi Fraternity house on 12/13/2014; correspondence with Pi Kappa Phi, and Mark Timmes. |
| Charlie Smith, Member of Missouri Beta Epsilon Chapter | tbd | Any and all information regarding Jack Lipp's wrongful death at the Pi Kappa Phi Fraternity house on 12/13/2014; correspondence with Pi Kappa Phi, and Mark Timmes. |
| Lukas D. Reichert, Pi Kappa Phi Rush Chairman, Member of Missouri Beta Epsilon Chapter | tbd | Any and all information regarding Jack Lipp's wrongful death at the Pi Kappa Phi Fraternity house on 12/13/2014; correspondence with Pi Kappa Phi, and Mark Timmes. |
| Dianne Harrison, California State University Northridge | tbd | Any and all information regarding the Hazing incident that killed Armando Villa; Pi Kappa Phi's closing of the fraternity at CSUN; |

| NAME AND TITLE | CONTACT INFORMATION | DISCOVERABLE INFORMATION |
|---|---|---|
| | | correspondence with CEO Mark Timmes in 2013 and 2014. |

**2.     Description and Location of Documents Electronically Stored in Plaintiff's Possession:**

Plaintiff has copies of known emails and paper correspondence involving Pi Kappa Phi in 2013, 2014 and 2015 and are available upon request or for viewing at Plaintiff Counsel's office.

Plaintiff also have copies of known email and paper correspondence with Florida Atlantic University and the process after the alleged events in 2014 and the allegations in 2015.

**3.     Computation of Damages**

Plaintiff is still mitigating damages and will supplement the FRCP 26 Disclosures with report from expert witness forensic accountant Robert Engler, CPA.

**4.     Expert Witnesses**

Plaintiff is seeking expert witness who can testify on University and Fraternity matters. Upon any engagement Plaintiff will supplement pursuant to Fed. R. Civ. P. 26(e)

Robert Engler, CPA, CVA, forensic account will be providing expert report on damages and his CV.

7805 NW Beacon Square Blvd
Suite 203
Boca Raton, FL 33487
T 561-988-3100/F 561-988-3102

6

Dated:  May 31, 2016                                    Respectfully submitted,


                                                          /s/Angelo A. Gasparri
                                                         Angelo A. Gasparri, Esq.
                                                         1080 S. Federal Highway
                                                         Boynton Beach, Fl. 33435
                                                         Phone: 561-826-8986
                                                         Fax:  561-935-9706
                                                         *Attorney for the Plaintiff*


### CERTIFICATE OF SERVICE
*(Via the Court's CM/ECF System)*

| | |
|---|---|
| Robert F. Goodrich, Esquire<br>*Attorneys for Defendant, Eric Almazan*<br>Florida Bar No.: 367184<br>Law Offices of Jason L. Weissman<br>4000 Hollywood Blvd., Suite 501 South<br>Hollywood, FL 33021<br>Primary Email:<br>Robert.Goodrich@thehartford.com<br>Secondary Email:<br>LawOfficesWeissman@thehartford.com | Gary Francis Baumann<br>Baumann, Gant & Keeley, P.A.<br>Counsel for Defendants/PKPF, Angotti<br>& Leighty<br>1401 East Broward Boulevard, Suite 200<br>Fort Lauderdale, FL 33301<br>954-440-4611<br>954-440-4613 (fax)<br>(gbaumann@baumannlegal.com) |