IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ANGELO JOSEPH GASPARRI,

                Plaintiff,                      CASE NO.:  9:15-cv-81400-KAM

vs.

ERIC J. ALMAZAN,
PI KAPPA PHI FRATERNITY,
JUSTIN ANGOTTI, and
SCOTT LEIGHTY

                Defendants.
_____/

**DEFENDANTS', PI KAPPA PHI FRATERNITY, JUSTIN ANGOTTI,
AND SCOTT LEIGHTY, INITIAL DISCLOSURE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Defendants, PI KAPPA PHI FRATERNITY, JUSTIN ANGOTTI, and SCOTT LEIGHTY (collectively "Defendants"), by and through the undersigned attorney, hereby submits the following initial disclosures in compliance with FED. R. CIV. P. 26(a)(1):

A. Names, addresses, and phone numbers of witnesses likely to have discoverable information:

1. Staff at Florida Atlantic University
   777Glades Road
   Boca Raton, FL 333431

   Elaine Jahnsen: ejanse1@fau.edu
   Lavar Jamison: jamison1@fau.edu
   Shonatae White: whites@fau.edu

2. Eric Almazan
   Ea2288@hotmail.com

3. Harry Weiss

4. Kyle Muir

5. Kevyn De la Cruz

6. Miguel Rodriguez

7. Josh Shorey

8. Nicholas Wingrad

9. Aaron Sherman

10. Seamus Maloney

11. Chris Ferreira

12. Anthony Esteva

13. Daniel Carpio

14. Tyler Artzer

15. Tyler Johansson- Chapter Advisor
    tylerfanjohansson@gmail.com

16. Allison Foster- Member Education Advisor
    Allisonjfoster@gmail.com

17. Mark Timmes- CEO

18. Evan Camejo- Fraternity Officer

The Defendants do not have possession of current addresses or phone numbers for the above individuals. The above individuals were present at the time of the subject incident, staff of the Fraternity, individuals having knowledge of any procedures of the fraternity relevant to this proceeding.

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** a true and correct copy of the foregoing was served to:

Angelo A. Gasparri, Esq., The Law Offices of Angelo A. Gasparri, P.A., angelo@drlclaw.com

Robert Goodrich, Esq., Robert.Goodrich@thehartford.com, on this 1st day of June, 2016.

        BAUMANN, GANT& KEELEY, P.A.
        Attorneys for Moving Defendants
        1401 East Broward Boulevard,
        Suite 200
        Fort Lauderdale, FL  33301
        (954)440-4611 phone
        (954)440-4613 fax

BY:    _/s/Gary F. Baumann_____
           GARY F. BAUMANN
           FLA. BAR NO.:  089052